**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, JR., as Trustee, ) ) ) ) *Plaintiffs-* ) *Judgment Creditors*, ) v. ) ) SCHEEL'S CONCRETE, INC., ) a Michigan corporation, ) ) *Defendant-* ) *Judgment Debtor*. ) | Case No. 13 CV 6918  Judge Amy J. St. Eve  Magistrate Judge Susan E. Cox |

**PLAINTIFFS' MOTION TO REVIVE JUDGMENT**

Plaintiffs, through their attorneys, move this Court for revival of the Judgment entered against Defendant, and in support thereof, state as follows:

1.  Plaintiffs instituted this lawsuit against Defendant seeking withdrawal liability due to the Central States, Southeast and Southwest Areas Pension Fund (the "Pension Fund") as a result of a complete withdrawal from the Pension Fund.

2.  This Court entered a Judgment on February 28, 2014, in favor of Plaintiffs and against Defendant Scheel's Concrete, Inc., in the total amount of $2,356,610.12 for withdrawal liability, interest, and statutory damages, plus post-judgment interest from the date of the judgment computed and charged on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for

which the interest is charged compounded annually. (Dkt. No. 17) (A copy of the Judgment is attached hereto as Exhibit 1.)

3. The Judgment remains unsatisfied.

4. Rule 69 of the Federal Rules of Civil Procedure directs that Illinois law controls the manner in which judgments entered by this Court are executed. Under 735 ILCS 5/12-108, judgments may not be enforced beyond seven (7) years after the initial entry of judgment, unless revived as provided under 735 ILCS 5/2-1601 and in accordance with 735 ILCS 5/2-1602. A judgment may be revived by filing a petition in the original case in which the judgment was entered and providing notice of the petition to interested parties. 735 ILCS 5/2-1602(b) and (c).

5. Plaintiffs submit this Motion as the petition contemplated by Illinois law and further submit that interested parties have been notified of this Motion as evidenced by the Certificate of Service attached hereto.

6. To date, the Pension Fund has not collected any portion of the Judgment and the outstanding balance on the Judgment is $3,533,034.52 ($2,356,610.12 in principal and $1,176,424.40 in post-judgment interest calculated through February 15, 2021).

7. Plaintiffs request that the Judgment be revived in accordance with 735 ILCS 5/2-1602 against Defendant Scheel's Concrete, Inc.

8. Along with this Motion, Plaintiffs submit a proposed Order Reviving Judgment, a copy of which is attached hereto as Exhibit 2.

**WHEREFORE**, Plaintiffs seek revival of the Judgment entered against Defendant on February 28, 2014, in accordance with the Federal Rules of Civil Procedure and 735 ILCS 5/2-1602.

Respectfully submitted,

/s/ Daniel E. Sullivan
Daniel E. Sullivan
(ARDC #6330522)
CENTRAL STATES FUNDS
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, Illinois 60631
847-582-5078
Dsulliva@centralstatesfunds.org
*ATTORNEY FOR PLAINTIFFS*

February 22, 2021

## **CERTIFICATE OF SERVICE**

I, Daniel E. Sullivan, one of the attorneys for Plaintiffs, certify that on February 22, 2021, I served the foregoing *Plaintiffs' Motion to Revive Judgment* upon all parties indicated on the electronic filing receipt via the Court's electronic filing system. In addition, the Motion was served via UPS Next Day Air upon:

Mark H. Shapiro
Steinberg Shapiro & Clark
25925 Telegraph Road
Suite 203
Southfield, MI 48033

David Findling
Findling Law Firm
414 W 5th St.
Royal Oak, MI 48067

/s/ Daniel E. Sullivan_____
Daniel E. Sullivan
Attorney for Plaintiffs